Jennifer Taylor, Esq., Bar No. 6141
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

Attorneys for Defendant,
**AMERICAN AIRLINES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILLIP E. McDONALD,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.; ALL AMERICAN AIRLINES, INC.,

    Defendants.

Case No. 2:18-cv-02282

**Stipulation and Order Dismissing Action**

ECF No. 13

    Plaintiff, PHILLIP E. McDONALD, Pro Per, stipulates and agrees that the above-captioned action be dismissed with prejudice. Defendant, AMERICAN AIRLINES, INC. has no objection to the dismissal of this action with prejudice.

///

///

///

1

STIPULATION TO DISMISS WITH PREJUDICE

Based on the foregoing, the parties respectfully request that this case be dismissed with prejudice with all parties bearing their own attorney's fees and costs.

DATED this 26 day of April, 2019.

Respectfully Submitted,

                                        FORD, WALKER, HAGGERTY & BEHAR

BY: *Phillip E McDonald*          BY: *J Taylor*
Phillip E. McDonald                   Jennifer Taylor, Esq., Bar No. 6141
11822 South Vincennes Avenue      FORD, WALKER, HAGGERTY & BEHAR
Chicago, IL 60643                       8215 South Eastern Avenue, Suite 225
(773) 746-3840                           Las Vegas, Nevada 89123
*Plaintiff In Pro Per*                     (702) 724-2699; (702) 912-1352 Fax
                                         Attorneys for Defendant,
                                         AMERICAN AIRLINES, INC.

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 30, 2019